[No. 6,827.—Department Two.]

## WOLFF APPEL v. HIS CREDITORS.

INSOLVENCY—CONSTRUCTION OF STATUTE.—An assignee of a voluntary insolvent (under the Act of 1852) received money belonging to the insolvent from the sheriff. The petitioner having been denied the benefit of the act, the Court ordered the return of the money to the sheriff. Order affirmed.

APPEAL from an order, in the County Court of the City and County of San Francisco. WRIGHT, J.

The proceedings were had under the Act of 1852, and the money in the hands of the sheriff had been received by him under proceedings in attachment against the insolvent.

*Martin S. Meyer*, for Appellant.

*H. H. Lowenthal*, for Respondent.

The COURT:

Appel petitioned for the benefit of the insolvency law, and M. Friedlander was appointed assignee. The assignee received from the sheriff of the city and county of San Francisco certain moneys belonging to Appel. After a trial of issues presented Appel was denied the benefit of the insolvency law. Thereupon the Court made an order that the assignee return the moneys to the sheriff. The assignee appealed from the order.

There is nothing in the record showing that the Court erred in making this order, which we must hold correct until the contrary is shown.

Order affirmed.